

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEMETRI ALEXANDER,<br><br>    Plaintiff,<br><br>v.<br><br>NATHAN HUGHES et al.,<br><br>    Defendants. | 3:14-cv-686-MMD-VPC<br><br>**ORDER** |

**I.     DISCUSSION**

On May 11, 2015, this Court entered a screening order permitting Count I to proceed but dismissed Count II, without prejudice, with leave to amend. (ECF No. 3 at 8). The Court ordered Plaintiff to file an amended complaint within 30 days from the date of that order. (*Id.*). The Court informed Plaintiff that if he chose to file an amended complaint then he was advised that an amended complaint superseded the original complaint and, thus, the amended complaint had to be complete in itself.  (*Id.* at 7).  The Court noted that Plaintiff's amended complaint had to contain all claims, defendants, and factual allegations that Plaintiff wished to pursue in this lawsuit. (*Id.*).  The Court also informed Plaintiff that if he did not file an amended complaint, the action would proceed on Count I only.  (*Id.* at 9).

On June 1, 2015, Plaintiff filed a motion to add/join parties to the case. (ECF No. 6). Plaintiff's motion appears to add allegations against Cox and Baca.  (*Id.* at 1-2).  The Court denies Plaintiff's motion to the extent that this motion is an addendum to Plaintiff's complaint. The Court will not piecemeal together Plaintiff's complaint.  As explained in the screening order, Plaintiff must file a fully complete complaint containing all claims, defendants, and factual allegations that Plaintiff wishes to pursue in this lawsuit.  Plaintiff is granted 15 days from the date of this order to file an amended complaint in compliance with this Court's May

11, 2015 screening order. If Plaintiff chooses not to file an amended complaint, this action shall proceed on Count I only.

Additionally, the Court denies Plaintiff's motion for settlement conference. (ECF No. 5). The Court will assign this case to the Inmate Early Mediation Program when it is procedurally applicable to do so.

## II.  CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion to add/join parties to the case (ECF No. 6) is denied in part and granted in part.

IT IS FURTHER ORDERED that Plaintiff shall file an amended complaint in compliance with this Court's May 11, 2015 screening order within 15 days from the date of this order.

IT IS FURTHER ORDERED that if Plaintiff chooses not to file an amended complaint, this action shall proceed on Count I only.

IT IS FURTHER ORDERED that the motion for settlement conference (ECF No. 5) is denied.

DATED: This 3rd day of June, 2015.

_____
United States Magistrate Judge